**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

J.C. HEARTON                                                                              PLAINTIFF

v.                                                    1:06CV00028 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                           DEFENDANT

### JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing

this case, with prejudice.  The relief sought is DENIED.

IT IS SO ADJUDGED this 7th day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

_____

[1]Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007.
He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P. 25(d)(1).